United States District Court
Southern District of Texas
**ENTERED**
September 19, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| ALFRED LEE STONE, § | |
| § | |
| Plaintiff, § | |
| versus § | Civil Action H-18-2742 |
| § | |
| JAMES ALLRED UNIT, et. al., § | |
| § | |
| Defendants. § | |

## Opinion on Dismissal

Alfred Lee Stone moves to proceed as a pauper. An abundance of Stone's previous actions were determined to be frivolous. As a result, Stone may not file as a pauper for this case. The motion (2) is denied. The case is dismissed without prejudice under 28 U.S.C. § 1915(g). Considering the above, Stone's request to amend his pleadings (6) is also denied.

Signed at Houston, Texas, on _____09-18-18_____, 2018.

Lynn N. Hughes
United States District Judge